## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**MICHAEL JONES,**
      Plaintiff,

           **No. 26-CV**
           **MAG.:**
           **HON.:**

–vs.–

**ERIC HILL,**
      Defendant.

                /

**PREMIER LEGAL GROUP, PLLC**
**JERARD M. SCANLAND (P74992)**
Attorney for Plaintiff
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Telephone: (734)-282-6037
Facsimile: (734)-447-5853
JScanland@milawoffices.com.

                /

### <u>PLAINTIFF'S COMPLAINT AND JURY DEMAND</u>

**COMES NOW THE** Plaintiff, **MICHAEL JONES**, through his

attorneys, PREMIER LEGAL GROUP, PLLC and  through his respective

attorney Jerard M. Scanland and hereby makes this file his Complaint against the Defendant in this civil action, stating unto this Court as follows:

## JURISDICTION AND VENUE

1. This action is brought pursuant to 42 U.S.C. § 1983 to redress the deprivation under color of law of PLAINTIFF's rights as secured by the United States Constitution.

2. This Court has jurisdiction of the action pursuant to 28 U.S.C. §§ 1331, 1343, and 1367.

3. Venue is proper under 28 U.S.C. § 1391 (b), as the events giving rise to the claims asserted in this complaint occurred within this District.

4. That the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), not including interest, costs, and attorney fees.

## PARTIES

5. The PLAINTIFF is a resident of the County of Wayne, State of Michigan.

6. DEFENDANT ERIC HILL, under information and belief, were at all relevant times Detroit Police Department officers agents and/or employed by DEFENDANT CITY, and acting under color of law and within the scope of his/her employment.

## FACTS

7. On May 27, 2024, around 2:10a.m. Plaintiff was in a parking lot of St. Mary's Catholic Church located at 646 Monroe Street, about to leave a location with a group of his friends.

8. At some point, the Plaintiff exited his vehicle and approached Defendant Hill. Defendant Hill advised Plaintiff to leave the lot.

9. When Plaintiff was not leaving the parking lot quick enough, Defendant Hill forcefully grabbed Plaintiff and took him to the rear of the squad car.

10. According to the video evidence, Plaintiff was detained as a result of him not leaving the parking lot in a quick fashion.

11. The Plaintiff was visibly upset as a result of the detainment. According to the video, an unknown officer advised Plaintiff to "Chill the fuck out." At this point, he was handcuffed.

12. While he was in handcuffs he repeatedly inquired the officers as to why he was placed in handcuffs. The officers ignored Plaintiff's inquiries.

13. At some point, the Plaintiff turned around, when Defendant picked Plaintiff up, while in handcuffs, and violently slammed the Plaintiff to the ground.

14. As a result of being violently thrown to the ground, the Plaintiff sustained a hamate fracture that resulted in the need for a cast. The Plaintiff was thus placed in a cast for approximately four-six weeks.

15. The Plaintiff was eventually charged with assaulting, resisting, obstructing an officer. The case was eventually nollle prosequi and dismissed.

## COUNT-I
## VIOLATION OF THE FOURTH
## AMENDMENT 42 U.S.C. § 1983 EXCESSIVE FORCE

16. Plaintiff realleges and incorporates by reference each and every paragraph of this Complaint as though fully set forth herein. That Defendants were at all relevant times acting under color of law and acting within the scope of their employment.

17. As a result of the conduct complained of herein, Plaintiff suffered a deprivation of his clearly established rights protected and secured by the Fourth and Fourteenth Amendments to the United States Constitution and by other laws, including but not limited to, the right to be free from a deprivation of liberty, property, bodily security, and integrity without due process of law, and the right to be free from unreasonable searches and seizures.

18. The Defendant violated the Plaintiff's rights, but violently throwing the Plaintiff to the ground while he was in handcuffs, resulting in a fracture of his wrist.

19. That Defendants violated Plaintiff's clearly established and federally protected rights by detaining, seizing, restraining, and/or restricting the liberty of Plaintiff without a reasonable suspicion and/or probable cause to do so. That Defendants' acts were at all times intentional, objectionably unreasonable, unnecessary, excessive, reckless, and/or grossly negligent, and was thereby in violation of Plaintiff's clearly established rights under the United States Constitution.

20. As a result of Defendants' violation/deprivation of Plaintiff's constitutional rights, Plaintiff has a viable claim for compensatory and punitive damages pursuant to 42 U.S.C. § 1983 together with costs, interest, and attorney fees pursuant to 42 U.S.C. § 1988.

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court enter an award in Plaintiff's favor and against Defendants in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of costs, interest, and attorney fees.

## COUNT-II
## FALSE ARREST/FALSE IMPRISONMENT

21. Plaintiff realleges and incorporates by reference each and every paragraph of this Complaint as though fully set forth herein.

22. The individually-named Defendant knowingly and intentionally caused Plaintiff to be falsely arrested and/or detained.

23. Defendant caused the false arrest and/or detainment of Plaintiff without any legal justification or probable cause.

24. As a result of Defendant's illegal actions, Plaintiff suffered injuries and damages.

25. Defendant's actions were so egregious and so outrageous, that Plaintiff's damages were heightened and made more severe, thus Plaintiff is entitled to exemplary, compensatory, and punitive damages, plus interests, costs, and attorney fees.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an award in Plaintiff's favor and against Defendants in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of costs, interest, and attorney fees.

## COUNT-III

### VIOLATION OF THE FOURTH AMENDMENT 42 U.S.C. § 1983—ILLEGAL SEARCH AND SEIZURE

26. Plaintiff realleges and incorporates by reference each and every paragraph of this Complaint as though fully set forth herein.

27. That the Fourth Amendment to the United States Constitution establishes that Plaintiff has the right to be free from the deprivation of life, liberty, and bodily

security without due process of law and to be free from unreasonable searches and seizures and excessive force.

28. At all material times, Defendants acted under color of law and unreasonably when he violated Plaintiff's Fourth Amendment rights when they falsely arrested and falsely detained Plaintiff without probable cause or exigent circumstances.

29. At all material times, Defendant acted under color of law and unreasonably when he violated Plaintiff's Fourth Amendment rights when he had Plaintiff detained and arrested on false and bogus charges.

30. Defendant acted unreasonably and failed in his duties when he falsely arrested/detained/seized Plaintiff without considering the totality of the circumstances.

31. Defendant acted under color of law and are not entitled to qualified immunity because they violated Plaintiff's clearly established Fourth Amendment right to be free from unreasonable searches and seizures.

32. Defendant illegal and unconstitutional acts were the direct and proximate cause of Plaintiff's deprivation of their constitutional rights.

33. Due to Defendant's actions, Plaintiff's Fourth Amendment rights were violated and pursuant to 42 U.S.C. § 1983, Plaintiff respectfully requests this

Honorable Court to award exemplary, compensatory, and punitive damages plus costs, interest, and attorney fees as set forth in 42 U.S.C. § 1988.

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court enter an award in Plaintiff's favor and against Defendants in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of costs, interest, and attorney fees.

Dated: May 5, 2026                                  Respectfully Submitted,

PREMIER LEGAL GROUP, PLLC

JERARD M. SCANLAND (P74992)
Attorneys for Plaintiff
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Telephone: (734)-282-6037
Facsimile: (734)-447-5853
JScanland@milawoffices.com

## JURY DEMAND

**COMES NOW THE** Plaintiff, **MICHAEL JONES,** through the law firm of PREMIER

LEGAL GROUP, PLLC and by his respective attorney,  and hereby demands a trial by jury.

**PREMIER LEGAL GROUP, PLLC**

**JERARD M. SCANLAND (P74992)**
Attorneys for Plaintiff
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Telephone: (734)-282-6037
Facsimile: (734)-447-5853
JScanland@milawoffices.com